WITMORE ET AL. v. BURGAN, SHERIFF.

1. **Appeal:** QUESTION NO LONGER MATERIAL: APPEAL DISMISSED. Where it is made to appear that the only question involved in an appeal to this court has ceased to be of any interest to either party, the appeal will be dismissed.

*Appeal from an order of the Hon. John Chaney, Judge of the Circuit Court of the Third Judicial District*

THURSDAY, DECEMBER 2.

The facts of the case are stated in the opinion.

*Towner & Lucas,* for appellants.

*H. T. Granger* and *W. O. Mitchell,* for appellee.

SEEVERS, J.—An information was filed before a justice of the peace charging that the plaintiffs had conspired and confederated together for the purpose of committing a felony. There was a trial, and the justice determined that there was reasonable ground to believe that plaintiffs had committed the crime charged, and they were required to give bail to appear and answer to any indictment found by the grand jury. Failing to give the required bail, they were "committed" to the custody of the defendant, as sheriff. Thereupon they

sued out a writ of *habeas corpus*, and upon the hearing the judge remanded them to the custody of the sheriff, and from this order the appeal was taken. Since the submission of this cause, upon the intervention of the attorney-general, the court is informed that the plaintiffs have been indicted by the grand jury. Should we, therefore, affirm the order of the circuit judge, no beneficial result would be obtained, and such would be the case if we should reverse such order, for now the plaintiffs are held under the indictment, and not under the judgment of the justice, or order of the circuit judge. The appeal will therefore be dismissed, and each party must pay his own costs.

DISMISSED.